**JLO AUTOMOTIVE INC DBA EXECUTIVE KIA**
1164 NORTH COLONY ROAD
WALLINGFORD, CT 06492
203/949 7480

37013

Date **12/01/2018** Stock No. **18296A**

Purchaser's Name: **YAHAIRA MUNOZ**
Salesperson: **MICHAEL CRESPO**

Address **26 WALL ST** City **MIDDLETOWN** State **CT** Zip **06457**

EMAIL ADDRESS **MUNOZY@MPSCT.ORG**
Cell Phone **347/351-1392** Home Phone **347/351-1352** Business Phone **347/351-1392**

☐ NEW ☒ USED ☐ DEMONSTRATOR
**2011 CHEVROLET** (YEAR & MAKE) **EQUINOX** (MODEL) **4** (CYL.) Body Type **UT** Color **GRAY** Trim ___

Ident. No. **2CNFLCEC3B6260050** D.O.B. ___ S.S. No. **XXX-XX-XXXX** Delivered on or About **12/01/2018**

FILL OUT THIS SECTION IF USED CAR OR TRUCK IS TO BE TRADED IN AS PART PAYMENT AND DO WARRANT THE TITLE THERETO TO BE FREE AND CLEAR EXCEPT FOR THE UNPAID BALANCE AS SHOWN AND TO THE BEST OF MY KNOWLEDGE. I THE UNDERSIGNED, STATE THAT THE MILEAGE AS SHOWN ON THE ODOMETER IS THE ACTUAL MILEAGE WHICH THE CAR HAS DRIVEN.

THE MILEAGE AS SHOWN ON THE ODOMETER OF THE MOTOR VEHICLE TO BE PURCHASED IS: **60704**

| | |
|---|---|
| CASH PRICE AT SELLER'S PLACE OF BUSINESS: | 11107 00 |
| ACCESSORIES AND EXTRA EQUIPMENT: | |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| GAP INSURANCE | 752 00 |
| SERVICE CONTRACT | 1596 00 |

Make & Year Used ___ Model ___
Cyl. ___ Body Type ___ Color ___ Title No. ___
Ident. No. ___ Allowance $ **N/A**
Balance Owed $ **N/A** Net Allowance $ **N/A**
To Whom Owed ___

I CERTIFY THAT THE VEHICLE IS **NOT** SUBJECT TO A TITLE MARKED
☐ SALVAGE ☐ REBUILT ☐ MANUFACTURER'S BUY BACK Initials ___
☒ NO INSURANCE IS INCLUDED IN THIS ORDER
OTHER CHARGES: ☐ Enter My Order for Insurance as follows:
CREDIT INSURANCE AGREEMENT: The purchase of Accident & Health & Credit Life Insurance is voluntary and not required for credit.
☐ Credit Life $ **N/A** ☐ Accident & Health $ **N/A**
BUYER'S SIGNATURE ___

*Katie — wednesday 3pm*

My Ins. Co. is **PROGRESSIVE** I.D. No. **921710903**
Driver's Lic. No. ___

**TERMS OF WARRANTY**

☐ THIS MOTOR VEHICLE NOT GUARANTEED BY ___
THIS VEHICLE IS SUBJECT TO A LIMITED WARRANTY OF ☐
FOR ___ MILES OR ___ MONTHS, WHICHEVER OCCURS FIRST. COPY GIVEN CUSTOMER.

The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sales. Buyer's Guide Disclosure

☐ THIS MOTOR VEHICLE BEING PURCHASED IS PREVIOUS RENTAL OR LEASE VEHICLE Initials ___

☐ THIS MOTOR VEHICLE IS GUARANTEED For **60** days or **3,000** miles whichever comes first. The dealer will pay 100% of the labor and 100% of the parts for the covered systems which renders the vehicle mechanically operational and sound during the warranty period. **All work must be done in dealer shop. No outside invoice will be honored by the dealer.**

☐ "AS IS" THIS VEHICLE IS SOLD "AS IS". THIS MEANS THAT YOU WILL LOSE YOUR IMPLIED WARRANTIES. YOU WILL HAVE TO PAY FOR ANY REPAIRS NEEDED AFTER SALE. IF WE HAVE MADE ANY PROMISES TO YOU, THE LAW SAYS, WE MUST KEEP THEM, EVEN IF WE SELL "AS IS". TO PROTECT YOURSELF, ASK US TO PUT ALL PROMISES INTO WRITING AND IF WE OFFER A WARRANTY ON THIS VEHICLE.
CONSUMER SIGNATURE ___

**BRING WITH YOU AT TIME OF DELIVERY:**
☐ TITLE ON CAR TRADED ☐ C.O.D. ON VEHICLE
☐ CURRENT REGISTRATION IN THE AMOUNT OF:
☐ INSURANCE CARD $ ___
FINAL PAYMENT CASH OR CERTIFIED CHECK

LIEN **CREDIT ACCEPTANCE CORPORATION**
Payment Schedule, will be to

| NUMBER OF PAYMENTS | AMOUNT OF EACH PAYMENT | WHEN PAYMENTS ARE DUE |
|---|---|---|
| 53 | $ 384.01 | MONTHLY BEGINNING 12/31/2018 |
| 1 Final | $ 384.01 | DUE ON 05/31/2023 |

| INVISIBLE VIN | |
|---|---|
| CASH PRICE | 13455 00 |
| THE DEALER CONVEYANCE FEE IS NOT PAYABLE TO THE STATE OF CT. | |
| DEALER CONVEYANCE FEE | 499 00 |
| SALES TAX | 838 33 |
| GREENHOUSE GAS REDUCTION FEE | N/A |

| REG. | TRANS. | TITLE | LIEN | CT LEMON LAW SURCHARGE | |
|---|---|---|---|---|---|
| 145.00 | 25.00 | 10.00 | | N/A | 180 00 |

| | | | |
|---|---|---|---|
| 1. TOTAL CASH PRICE DELIVERED | | | 14972 33 |
| 2. | DEPOSIT SUBMITTED WITH ORDER | N/A | |
| | ADDITIONAL DEPOSIT | N/A | |
| CASH DOWN PAYMENT AND ALLOWANCES | NO REFUND OF DEPOSIT | | |
| | NET TRADE ALLOW | N/A | |
| | CASH ON DELIVERY | 1100.00 | |
| | TOTAL DOWN PAYMENT | | 1100 00 |
| 3. UNPAID BALANCE OF CASH PRICE (1-2) | | | 13872 33 |
| 4. | Credit Life Ins. | N/A | |
| | Accident & Health Ins. | N/A | |
| OTHER CHARGES | Vendors Single Interest | N/A | |
| | | | |
| TOTAL OTHER CHARGES | | | N/A |
| 5. UNPAID BALANCE AMT. FIN. (3+4) | | | 13872 33 |

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all the payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down-payment of $ **1100.00** is |
|---|---|---|---|---|
| A.P.R. **18.99** % | $ **6864.21** | $ **13872.33** | $ **20736.54** | $ **21836.54** |

I have read the terms and conditions on the back hereof and agree to them as a part of this order the same as if they were printed above my signature. The front and back hereof comprise the entire agreement affecting this order and no other agreement or understanding of any nature concerning same has been made or entered into. I hereby acknowledge receipt of a copy of this order, and certify that I am of legal age.

**THIS ORDER IS NOT BINDING UNTIL SIGNED AND ACCEPTED BY DEALER**

Purchaser's Signature: and I have received a copy of this order ___ Date **12/01/2018**

Accepted By: (Dealer) **JLO AUTOMOTIVE INC DBA EXECUTIVE KIA** Authorized Signature ___ Date **12/01/2018**
CT LICENSE #N451
16489*1*KIA-FI
FINAL PAYMENT CASH OR CERTIFIED CHECK

## ADDITIONAL TERMS OF AGREEMENT

"I", "me", "Consumer" and "Buyer" refer to the Purchaser. "You" "your" and "Dealer" refer to the Seller.

**I agree this order is subject to the following terms:**

1. I understand that: no guarantee should be implied that the vehicle is merchantable or fit for any special purpose; you do not authorize any other person to assume any liability for you. Any verbal promise is void unless it is in writing and signed by a selected person of the dealer and incorporated into the order.
2. In case this order is for a used vehicle; I understand that there is no guarantee (unless it is written on the face of this order). The mileage shown on the speedometer is not guaranteed or assumed to be correct. The express warranty on vehicle being purchased will be voided from damages resulting from an automobile accident or from misuse of the used motor vehicle by the consumer. Consumer's warranty period will be extended by any time period during which the used motor vehicle is in the possession of the dealer or his authorized agent for the purpose of repairing the used motor vehicle under the terms and obligations of the express warranty.
3. In case this order is for a new vehicle: I understand that it is subject to your ability to get delivery from the manufacturer; I agree to pay an increase in price made by the manufacturer at any time before the date of delivery; I agree to pay any and all taxes (State and Federal Excise and Sales Taxes) which are or may be imposed on this sale by State or Federal Governments.
4. a. If part of the purchase price is covered by a vehicle to be turned in, I agree to deliver the vehicle to you when I sign this order. If you loan back this vehicle to me (pending delivery of the new vehicle) I agree that you may re-appraise the allowance made for the turned in vehicle (as stated on the face of this order) at the time I deliver the trade-in vehicle to you I agree to give you satisfactory proof that I own the vehicle and to sign a mileage certification statement for the trade-in vehicle. I warrant (guarantee) (a) that there are no liens or encumbrances on the trade-in vehicle except as shown on the face of this agreement; (b) that the trade-in does not have a welded or bent frame and that the motor block is not cracked, welded or repaired; (c) that the vehicle has not been flood damaged or declared a total loss for insurance purposes; and (d) that the emission controls have not been removed or tampered with.

**Emissions Control:**
    b. In accordance with Connecticut public Act 79-238 Motor Vehicle Emissions Sec. 2 (a) No Person shall fail to maintain in good working order or remove, dismantle or otherwise cause to be inoperative any equipment or feature constituting an operational element of the air pollution control system or mechanism of a motor vehicle required by regulations of the commissioner of environmental protection to be maintained or on the vehicle.
    c. Consumer is responsible for any repairs to emission control system to conform to emissions standards.

5. If this order is for a new vehicle which you do not have in stock when the order is placed, and you are not able to provide it within 120 days of the specified delivery date, then I may cancel this order at any time after I give you 10 days notice (during which you may still deliver this vehicle.) If I do cancel the order as above, I shall be entitled to the return of any deposit in cash which I have made. If the deposit has been a trade-in vehicle, I shall be entitled to its return if it has not been sold. If the deposited vehicle is returned, I agree to pay storage cost and any sums spent to recondition it. If the deposited vehicle has been sold, you may pay me its sale price less 20 percent and less the cost of reconditioning.

6. a. Finance terms such as APR, Payment and Finance charges are estimated based on tier 1 credit approval and finance institution programs as of the date this order was written. These and any other finance terms may change based on actual credit approval and the programs available on the contract date.
   Initial Here _____
   b. I agree to accept and pay for the vehicle within five days after I am notified that it is ready for delivery. If part of the purchase price is to be financed, I agree to execute such forms of note and conditional bill of sale which you shall provide. You shall have the right to demand payment of the balance in cash if my credit is not approved.

7. If I do not accept delivery of the vehicle within 5 days, (after I have been notified that it is ready for delivery): I will forfeit any deposit previously made on this order (whether by cash or trade-in vehicle); you may retain such deposit which will then (at your option) constitute liquidated damages for my breach of this contract.
8. Buyer shall not be entitled to recover from the selling dealer any consequential damages, damages to property, damages for loss of use, loss of time, loss of profits, or income, or any other incidental damages.
9. Window Etch Limited Guarantee. See actual Warranty for details.
10. This order is not transferable.