## AUTHORIZATION FOR ELECTRONIC RECURRING PAYMENTS

I hereby authorize Credit Acceptance Corporation ("Credit Acceptance"), through its authorized payment processors (the "Processing Company"), to initiate electronic debit entries in the amount of $384.01 to (or to otherwise cause funds to be withdrawn from) the checking or savings or money market account ("Bank Account") or debit card set forth below for the purpose of making recurring payments on the Credit Acceptance account listed in section (B) below. These debits (withdrawals) may be processed by means of a charge to the debit card number provided below or, if I register Bank Account routing information, by means of an electronic debit withdrawal to the Bank Account processed through the automated clearing house (ACH). The debits (withdrawals) will be made MONTHLY commencing on the First Debit Date listed below in the amounts set forth under Section (D), entitled Debit Information. I also authorize Credit Acceptance to change the frequency of the debits (withdrawals); the dates of the debits (withdrawals); and the debit card or Bank Account from which the debits (withdrawals) will be made when I give Credit Acceptance notice of the change(s) by telephone, fax, the Credit Acceptance customer online account portal, or in writing.** (See Contact Information Below)

I authorize Credit Acceptance, through the Processing Company, to withdraw from the debit card or Bank Account the MONTHLY payment in the amount of $384.01 payable to Credit Acceptance and to transmit the MONTHLY payment to Credit Acceptance. This Authorization shall remain in full force and effect until Credit Acceptance has received notification from me by telephone, fax, the Credit Acceptance online account portal, or in writing, of its termination in such time and in such manner as to afford Credit Acceptance reasonable opportunity to act on it. (See Contact Information Below). This Authorization may be suspended or terminated by Credit Acceptance without notification to me for reasons dictated by operation of law, rule, regulation, payment in full of the underlying obligation, or for risk management purposes. I also authorize Credit Acceptance to accept cancellation instructions for this recurring payment schedule from any customer on the Credit Acceptance account listed in section (B) below.

I acknowledge that if I wish to make changes to the Bank Account, debit card, or other payment information, I must contact Credit Acceptance a minimum of two (2) business days prior to the next date scheduled for my electronic debit (withdrawal) entry. Credit Acceptance has retained the Processing Company to act on its behalf in the processing of payments, and I acknowledge that I may communicate with, and receive communications from, the Processing Company or Credit Acceptance in connection with this Authorization and my recurring payments to Credit Acceptance. I represent to Credit Acceptance that I am the owner of the Bank Account or debit card listed below or I am authorized to provide withdrawal instructions on the Bank Account or debit card by the owner of the Bank Account or debit card.

**To change or cancel this Authorization, contact Credit Acceptance through any of the following means:**

- Call Customer Service at 888-857-7377 during Credit Acceptance business hours:
  Monday through Friday between 8 a.m. and 11 p.m., Saturday and Sunday between 8 a.m. and 5 p.m. Eastern Time.
- Log in to the Credit Acceptance online account portal available at www.creditacceptance.com
- Fax changes or cancellations to Credit Acceptance at 866-610-9984
- Write to Credit Acceptance at:

  Credit Acceptance Corporation
  PO Box 513
  Southfield, MI 48037

**DO NOT SEND BANK ACCOUNT OR DEBIT CARD CHANGES THROUGH THE MAIL, E-MAIL OR BY FAX

**(A) CUSTOMER DATA**
YAHAIRA MUNOZ
26 WALL ST
MIDDLETOWN, CT 06457

**(B) CREDITOR INFORMATION**

Company to be Paid: **Credit Acceptance Corporation**
Please apply my payments to account # 92541684

**(C) BANK ACCOUNT/DEBIT CARD OWNER**
YAHAIRA MUNOZ
26 WALL ST
MIDDLETOWN, CT 06457

**(D) DEBIT INFORMATION**
Monthly Payment Amount Due: $ 384.01
MONTHLY    Payment: $ 384.01
Schedule Day: 1
Second Schedule Day:

Page 1 of 2                                        © 2017 Copyright Credit Acceptance Corporation. All Rights Reserved.

The original retail installment contract is assigned to Credit Acceptance Corporation.
This copy was created on 12/01/2018

Copy of Electronic Original
Not required to mail or fax this copy to Credit Acceptance

## (E) PAYMENT INFORMATION

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Name of Bank

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Bank Routing Number (9 Digits)

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Bank Account Number

This Account is: ☐ Checking ☐ Savings ☐ Money Mkt

MC DEBIT
Card Type

************1421
Debit Card Number

Sign → [eSigned By: Yahaira Munoz, Dec 01, 2018 10:31:19 AM EST]
Signature of Bank Account/Debit Card Owner

## (F) FIRST DEBIT DATE: 01/01/2019

This form must be received at least two (2) business days prior to your First Debit Date in order to ensure the recurring debits are activated by your intended First Debit Date.

Date: 12/01/2018

## (G) THIRD PARTY PAYOR AUTHORIZATION

(A Buyer Signature is Required below if the Bank Account Owner or debit card owner is not a Customer on the Credit Acceptance account listed in (B) above)

I authorize Credit Acceptance Corporation to discuss my account with, and provide information about my account to, the Bank Account Owner or debit card owner, and to accept changes or cancellation instructions from the Bank Account Owner or debit card owner for the recurring payment schedule set forth above. I understand that I can contact Credit Acceptance to revoke this authorization at any time, and that if I do revoke this third-party authorization the recurring payment schedule debiting the third-party's bank account or debit card will be cancelled.

_____
Signature of Customer

Date: 12/01/2018

COPY OF ELECTRONIC ORIGINAL

© 2017 Copyright Credit Acceptance Corporation. All Rights Reserved.

The original retail installment contract is assigned to Credit Acceptance Corporation.
This copy was created on 12/01/2018