UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| YAHAIRA MUNOZ, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:19-cv-1793-MPS |
| | : | |
| v. | : | |
| | : | |
| JLO AUTOMOTIVE, INC. d/b/a | : | DECEMBER 15, 2020 |
| EXECUTIVE KIA, | : | |
|     Defendant | : | |

## **SUPPLEMENTAL BRIEF ON DAMAGES FOR MOTION FOR JUDGMENT AND MOTION FOR ATTORNEY'S**

Pursuant to this court's ruling on Plaintiff's Motion for Reconsideration (ECF #16) on her Motion for Default Judgment, Plaintiff provides the following supplements regarding damages and attorney's fees. Specifically, Plaintiff seeks that a monetary judgment enter in the amount of $19,624.

As more fully explained her attached affidavit, Plaintiff claims as actual damages for the Truth in Lending Act violation the $752 charge for the GAP addendum as well as the interest thereon of $372.

Also attached is the declaration of Attorney Daniel S. Blinn requesting $10,500 in attorney's fees.

Below is an itemization of the total damages sought in this action:

Liquidated Damages

| | | |
|---|---|---:|
| | GAP charge | $752.00 |
| | Finance Charges on GAP | $372.00 |
| | Subtotal: | $1,124.00 |

Statutory damages

| | | |
|---|---|---:|
| | TILA: | $2,000.00 |
| | EFTA: | $1,000.00 |

| | |
|---|---:|
| Punitive Damages   (CUTPA) | $5,000.00 |

| | |
|---|---:|
| <u>Attorney's Fees:</u> | <u>$10,500.00</u> |

| | |
|---|---:|
| **TOTAL** | **$19,624** |

PLAINTIFF, YAHAIRA MUNOZ

By: /s/ *Daniel S. Blinn*
    Daniel S. Blinn (ct02188)
    Brendan L. Mahoney (ct29839)
    Consumer Law Group, LLC
    35 Cold Spring Road, Suite 512
    Rocky Hill, CT  06067
    (860) 571-0408
    Fax: (860) 571-7457
    dblinn@consumerlawgroup.com
    bmahoney@consumerlawgroup.com

## CERTIFICATION

  I hereby certify that on December 15, 2020, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

              /s/ *Daniel S. Blinn*
              Daniel S. Blinn