UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| YAHAIRA MUNOZ, <br> Plaintiff | : <br> : <br> : | CIVIL ACTION NO. <br> 3:19-cv-1793-MPS |
| v. | : <br> : | |
| JLO AUTOMOTIVE, INC. d/b/a <br> EXECUTIVE KIA, <br> Defendant | : <br> : <br> : | DECEMBER 15, 2020 |

## SUPPLEMENTAL AFFIDAVIT OF YAHAIRA MUNOZ

I, Yahaira Munoz, do depose and state under penalty and pain of perjury that:

1. I am over the age of eighteen (18) and believe in the obligations of an oath.

2. The following is based upon my personal knowledge.

3. The 2011 Chevrolet Equinox (the "Vehicle"), which is the subject vehicle of this lawsuit, is still owned by me and I intend to own it through at least the term of the retail installment sales contract (ECF #11-5, the "Contract").

4. The Contract's term is 54 months, or four and a half years, and the annual percentage rate is 18.99%.

5. I have made and continue to make my monthly payments on the Vehicle.

6. As more fully discussed in my earlier affidavit (ECF #11-3), a $752 charge for mandatory GAP insurance was imposed in connection with the transaction.

7. In addition to the base charge for the GAP, I am also paying interest on the GAP under the above terms. The interest charge on the GAP will be $372.11. The

amortization table and loan calculation for that interest charge is attached as Exhibit 1 herein.

8. I obtained this amortization table for the interest over the life of the installment contract from OnlineLoanCalculator.org which is an online resource with a number of finance calculators. According to its "About Us" page: "We offer the leading online calculator for new and used car loans."

9. As actual damages, I claim the principal of $752 for the GAP charge and the interest charge of $372 thereon for a total of $1,124.

*Yahaira Muñoz*

Sworn to before me this __15__ day of December __, 2020

Notary Public, My Commission Expires: 2/28/25