UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

YAHAIRA MUNOZ

v.  CASE NO.  3:19 CV 01793 (MPS)

JLO AUTOMOTIVE d/b/a EXECUTIVE KIA   SEPTEMBER 7, 2021

## MOTION TO SET ASIDE DEFAULT JUDGMENT

Pursuant to Fed. R. Civ. P. 55(c) and 60(b), the defendant, JLO Automotive d/b/a Executive Kia hereby moves to vacate and set aside the default judgment entered against it on April 29, 2021 (Entry No. 21) on the basis that said judgment is void for lack of personal jurisdiction due to defective service of process. Alternatively, relief is warranted on the basis of excusable neglect in that the Defendant did not receive constructive notice of this matter until after the Court entered default against it.

Having never properly been served with the Summons and Complaint for this matter, default judgment entered against the Defendant when it had no opportunity to defend itself.  As explained in the accompanying memorandum of law and supporting exhibits, good cause exists to set aside the entry of the default judgment because the plaintiff has failed to comply with the requirements for service of process upon a corporation pursuant to Fed. R. Civ. P. 4(h).

THE DEFENDANT,
JLO AUTOMOTIVE d/b/a EXECUTIVE KIA

By: _____
Joshua A. Hawks-Ladds - ct09446
Pullman & Comley, LLC
90 State House Square
Hartford, CT  06103-3702
Telephone  860 424 4300
Facsimile 860 424 4370
Jhawks-ladds@pullcom.com
Its Attorneys

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 7, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

_____
Joshua A. Hawks-Ladds