# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

YAHAIRA MUNOZ

v.                                                          CASE NO. 3:19-CV-01793 (MPS)

JLO AUTOMOTIVE d/b/a EXECUTIVE KIA       SEPTEMBER 29, 2021

**AFFIDAVIT OF JOHN C. MACHADO IN SUPPORT OF JLO AUTOMOTIVE'S REPLY TO PLAINTIFF'S OBJECTION TO MOTION TO SET ASIDE DEFAULT JUDGMENT**

I, John C. Machado, having been duly sworn, depose and state as follows:

1. The statements in this Affidavit are based on my personal knowledge.

2. I am over the age of 18 and believe in and understand the obligations of an oath.

3. JLO Automotive, Inc. d/b/a Executive Kia ("JLO Automotive") operates a Kia dealership at 1164 North Colony Road, Wallingford, CT.

4. I am a former Sales Manager of JLO Automotive.

5. I last worked for JLO Automotive in July, 2020.

6. In my capacity as Sales Manager, I oversaw the car salespersons of my department.

7. I was never authorized to accept service of process on behalf of JLO Automotive.

8. I never was, nor represented myself to be, in charge of JLO Automotive's business, or in charge of JLO Automotive's office or place of business, including the 1164 North Colony Road, Wallingford, CT location.

1

9. On November 19, 2019, I was not in charge of JLO Automotive's business or in charge of JLO Automotive's office or place of business, including the 1164 North Colony Road, Wallingford, CT location.

10. On November 19, 2019, John Gogliettino was the General Manager of the 1164 North Colony Road, Wallingford, CT location when I was a Sales Manager.

11. On November 19, 2019, Mark Altieri was the head of operations JLO Automotive.

12. I was never a JLO Automotive officer, director, managing agent or general agent, or an agent authorized by appointment or by law to receive service of process on behalf of JLO Automotive.

13. I was never personally served with Plaintiff's Complaint and/or Summons.

14. If a Marshal had attempted to serve me with a Complaint and/or Summons, I would have told the Marshal that I was not authorized to accept service on behalf of JLO Automotive.

15. I never received Plaintiff's Complaint and/or Summons in the mail.

16. Plaintiff's Complaint and/or Summons were never forwarded to my attention.

17. To date, I have never seen Plaintiff's Complaint and/or Summons.

Signature Page Follows

_____
John C. Machado

STATE OF CONNECTICUT  
                        : ss.   SOUTH WINDSOR  
COUNTY OF HARTFORD:

Personally appeared John C. Machado who attested that the matter contained in the foregoing Affidavit is true and correct to the best of his knowledge and belief and under penalty of perjury.

Subscribed and sworn to before me this __29__ day of September, 2021.

_____
ANDRES JIMENEZ-FRANCK
Commissioner of the Superior Court  
~~Notary Public~~  
~~My Commission Expires:~~

3