UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

YAHAIRA MUNOZ            CASE NO.  3:19 CV 01793 (MPS)

v.

JLO AUTOMOTIVE d/b/a EXECUTIVE KIA     AUGUST 5, 2022

## ANSWER AND AFFIRMATIVE DEFENSES

1. Defendant, JLO Automotive Inc. d/b/a Executive Kia ("Defendant") admits that Plaintiff, Yahaira Muñoz, brings this action. As to the remaining allegations of Paragraph 1, Defendant leaves Plaintiff to her proof.

2. Defendant admits that Plaintiff is a consumer and natural person. As to the remaining allegation of Paragraph 2, Defendant leaves Plaintiff to her proof.

3. Defendant admits that it operates an automobile dealership in Wallingford, Connecticut selling both new and used vehicles.

4. Defendant admits that the Court has jurisdiction over claims raised pursuant to 15 U.S.C. § 1640(e), 15 U.S.C. § 1693m(g), 15 U.S.C. § 1681p and 28 U.S.C. § 1331. Defendant denies that the Court has supplemental jurisdiction over the state law claims raised pursuant to 28 U.S.C. § 1367.

5. Defendant admits the allegations of Paragraph 5.

6. Defendant admits the allegations of Paragraph 6.

7. Defendant admits the allegations of Paragraph 7.

8. Defendant admits the allegations of Paragraph 8.

9. Defendant admits the allegations of Paragraph 9.

10. Defendant admits the allegations of Paragraph 10.

1

11. Defendant denies the allegations of Paragraph 11.

12. Defendant denies the allegations of Paragraph 12.

13. Paragraph 13 is an explanation of GAP insurance and does not require a response. However, Defendant admits that Paragraph 13 appears to be a correct explanation of GAP insurance.

14. Defendant denies the allegations of Paragraph 14.

15. Defendant admits Plaintiff was asked to provide her checking account information so that the finance company, non-party Credit Acceptance Corporation ("CAC"), could make automatic withdrawals from her bank account. As to the remaining allegation of Paragraph 15, Defendant leaves Plaintiff to her proof.

16. Defendant denies the allegations of Paragraph 16.

17. Defendant leaves Plaintiff to her proof regarding the allegations of Paragraph 17.

18. Defendant denies the allegations of Paragraph 18.

19. Defendant admits the allegations of Paragraph 19.

20. As to the allegations of Paragraph 20, Defendant lacks sufficient information upon which to form a belief and leaves Plaintiff to her proof.

21. Defendant admits that Plaintiff told Defendant she wanted Defendant to fix the Vehicle or replace it. As to the remaining allegation of Paragraph 21, Defendant lacks sufficient information upon which to form a belief and leaves Plaintiff to her proof.

22. Defendant denies the allegations of Paragraph 22.

23. Defendant admits the Contract for the Vehicle was assigned to CAC and denies the remaining allegations of Paragraph 23 in all other respects.

24. As to the allegations of Paragraph 24, Defendant lacks sufficient information upon which to form a belief and leaves Plaintiff to her proof.

25. As to the allegations of Paragraph 25, Defendant lacks sufficient information upon which to form a belief and leaves Plaintiff to her proof regarding her interest in "applying for new credit." Defendant denies the remaining allegations of Paragraph 24.

26. Defendant admits Plaintiff returned to Executive Kia in July 2019 for repair of her Vehicle and requested Defendant either repair the Vehicle or replace it. As to the remaining allegations of Paragraph 26, Defendant leaves Plaintiff to her proof.

27. Defendant admits that it obtained Plaintiff's credit report and denies the remaining allegations of Paragraph 27 in all other respects.

28. Defendant denies the allegations of Paragraph 28.

29. Defendant denies the allegations of Paragraph 29.

30. Defendant denies the allegations of Paragraph 30.

31. Defendant denies the allegations of Paragraph 31.

32. Defendant denies the allegations of Paragraph 32.

33. Defendant denies the allegations of Paragraph 33.

34. Defendant denies the allegations of Paragraph 34.

35. Defendant denies the allegations of Paragraph 35.

36. Defendant denies the allegations of Paragraph 36.

37. Defendant denies the allegations of Paragraph 37.

38. Defendant denies the allegations of Paragraph 38.

39. Defendant denies the allegations of Paragraph 39.

40. Defendant admits it obtained Plaintiff's credit report with her approval in an attempt to help Plaintiff get approved for a possible replacement vehicle, since she was dissatisfied with the vehicle she purchased. Defendant denies the remaining allegations of Paragraph 40 in all other respects.

41. Defendant denies the allegations of Paragraph 41.

42. Defendant denies the allegations of Paragraph 42.

43. As to the allegations of Paragraph 43, Defendant lacks sufficient information upon which to form a belief and leaves Plaintiff to her proof.

44. Defendant denies the allegations of Paragraph 44.

45. Defendant denies the allegations of Paragraph 45.

46. Defendant denies the allegations of Paragraph 46.

47. Defendant denies the allegations of Paragraph 47.

48. Defendant denies the allegations of Paragraph 48.

49. Defendant denies the allegations of Paragraph 49.

50. Defendant denies the allegations of Paragraph 50.

## **AFFIRMATIVE DEFENSES**

### **FIRST AFFIRMATIVE DEFENSE**

Plaintiff fails to state a claim upon which relief can be granted as to all Causes of Action.

        Respectfully submitted,

        THE DEFENDANT,
        JLO AUTOMOTIVE, INC. d/b/a EXECUTIVE KIA


By:   /s/ Joshua A. Hawks-Ladds
       Joshua A. Hawks-Ladds - ct09446
       Andrés Jiménez-Franck – ct31198
       Pullman & Comley, LLC
       90 State House Square
       Hartford, CT  06103-3702
       Telephone  860 424 4300
       Facsimile 860 424 4370
       JHawks-Ladds@pullcom.com
       AJimenez-Franck@pullcom.com

       Its Attorneys


## CERTIFICATE OF SERVICE

    I hereby certify that on August 5, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.


        */s/ Joshua A. Hawks-Ladds*
        Joshua A. Hawks-Ladds